United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEER WOOLFOLK,<br>Plaintiff,<br>v.<br>NATIONAL CREDIT SYSTEMS, INC.,<br>Defendant. | Case No. 26-cv-03351-ASK<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 8 |

Plaintiff filed a Notice of Settlement on May 18, 2026, reporting that the case "has been resolved as a result of settlement reached between the Parties." Dkt. 8 at 2. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This Order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 18, 2026



AJAY KRISHNAN
United States Magistrate Judge